Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant*
*Nationwide Nevada, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN M. HAUSE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONWIDE NEVADA, LLC, US BANK, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | CASE NO. 2:18-cv-00829-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NATIONWIDE NEVADA, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Martin M. Hause ("Plaintiff") and defendant Nationwide Nevada, LLC ("Nationwide") agree that Nationwide has up to and including June 26, 2018 to respond to the Complaint (ECF No. 1) to provide time for: (i) the parties to investigate and discuss the potential for an early resolution of Plaintiff's claims against Nationwide; and (ii) Nationwide to prepare a response, if needed.

*[Continued on following page.]*

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated this 31st day of May, 2018.

| BALLARD SPAHR LLP | HAINES & KRIEGER |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Rachel Saturn<br>David H. Krieger<br>Nevada Bar No. 9086<br>Rachel Saturn<br>Nevada Bar No. 8653<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123 |
| *Attorneys for Defendant*<br>*Nationwide Nevada, LLC* | *Attorneys for Plaintiff*<br>*Martin M. Hause* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 1, 2018