DOMINICA C. ANDERSON (NV Bar No. 2988)
dcanderson@duanemorris.com
TYSON E. HAFEN (NV Bar No. 13139)
tehafen@duanemorris.com
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
T: (702) 868-2600; F: (702) 385-6862

Attorneys for Defendant
US BANK NATIONAL ASSOCIATION
erroneously sued as US Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN M. HAUSE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NATIONWIDE NEVADA, LLC, US BANK, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　　Defendants. | CASE NO.: 2:18-cv-00829-JCM-NJK<br><br>JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT US BANK TO FILE RESPONSE TO COMPLAINT<br><br>(FIRST REQUEST) |

Defendant US BANK NATIONAL ASSOCIATION, erroneously sued as US BANK ("US Bank"), by and through its attorneys, DUANE MORRIS LLP, and Plaintiff MARTIN M. HAUSE ("Plaintiff"), by and through his attorneys, HAINES & KRIEGER, LLC (collectively "the Parties"), hereby jointly request that this Court grant this joint motion, in compliance with LR IA 6-1 and LR 7-1, and provide Defendant a 14-day extension of time, until **June 19, 2018,** to file a responsive pleading to the complaint.

In support of this joint motion the Parties state:

1. On or about May 15, 2018, Plaintiff served U.S. Bank with the summons and complaint;
2. Pursuant to Fed. R. Civ. P. 12(a), the time for serving a responsive pleading is 21 days after service of the summons and complaint, making U.S. Bank's responsive pleading deadline

June 5, 2018;

3. Counsel for U.S. Bank were just retained in this action today (i.e., on June 4, 2018) and need additional time to evaluate this matter before preparing a responsive pleading;

4. The Parties have consented to a 14-day extension; and

5. No party will be prejudiced by permitting U.S. Bank to have an extension of time to file a responsive pleading to the complaint.

WHEREFORE, the Parties respectfully request that the Court grant a 14-day extension of time, until **June 19, 2018**, to allow U.S. Bank to file a responsive pleading to the Complaint.

| HAINES & KRIEGER, LLC | DUANE MORRIS LLP |
|---|---|
| By /s/ *David H. Krieger* <br> David H. Krieger, Bar No. 9086 | By /s/ *Tyson E. Hafen* <br> Tyson E. Hafen, Bar No. 13139 |
| Attorneys for Plaintiff <br> MARTIN M. HAUSE | Attorneys for Defendant <br> US BANK NATIONAL ASSOCIATION <br> erroneously sued as US Bank |

IT IS SO ORDERED.

DATED: June 5, 2018

_____
U.S. MAGISTRATE JUDGE