# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN M. HAUSE, | Case No.: 2:18-cv-00829-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 11) |
| NATIONWIDE NEVADA, LLC, et al., | |
| Defendant(s). | |

Before the Court is Plaintiff and Defendant Nationwide Nevada LLC's notice of settlement. Docket No. 11. The Court **ORDERS** these parties to file a stipulation of dismissal no later than August 21, 2018.

IT IS SO ORDERED.

Dated: June 22, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge